IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASIN RENTERIA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>    Defendant. | 8:20CV166<br><br>**ORDER** |

   IT IS ORDERED that Defendant's motion for extension of time (Filing 12) is granted. Defendant shall have until September 3, 2020, to answer or otherwise respond to Plaintiff's amended complaint.

   Dated this 4th day of August, 2020.

                                              BY THE COURT:

                                              *Richard G. Kopf*

                                              Richard G. Kopf
                                              Senior United States District Judge