IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASIN RENTERIA, | |
| Plaintiff, | 8:20CV166 |
| vs. | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | ORDER |
| Defendant. | |

IT IS ORDERED that Defendant's motion for extension of time (Filing 18) is granted, as follows:

1. The progression schedule (Filing 15) is modified to provide that all dispositive motions shall be filed on or before February 22, 2021.

2. In all other respects the progression schedule shall remain unchanged.

Dated this 17th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge