IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASIN RENTERIA, | |
| Plaintiff, | 8:20CV166 |
| vs. | |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, | ORDER |
| Defendant. | |

IT IS ORDERED that Defendant's motion for extension of time (Filing 20) is granted on the following terms:

1. The progression schedule (Filing 15) is modified to provide that all dispositive motions shall be filed on or before March 15, 2021.

2. In all other respects the progression schedule is stayed, and the final pretrial conference scheduled for May 12, 2021, is cancelled. The conference will be rescheduled as needed.

Dated this 23rd day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge