IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASIN RENTERIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF<br>CORRECTIONAL SERVICES,<br><br>　　　　　Defendant. | 8:20CV166<br><br>**ORDER** |

IT IS ORDERED that Defendant's motion for extension of time (Filing 25) is granted, as follows: The progression schedule (Filing 15) is modified to provide that all dispositive motions shall be filed on or before April 5, 2021.

Dated this 30th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge