IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASIN RENTERIA,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>        Defendant. | 8:20CV166<br><br>**ORDER** |

For good cause shown,

IT IS ORDERED that Defendant's motion to modify progression schedule (Filing 30) and motion for extension of time (Filing 31) are granted on the following terms:

1. The Order Setting Schedule for Progression of Case (Filing 29) is modified to provide that the Final Pretrial Conference scheduled for August 11, 2021, is cancelled, and the deadlines for preparation of the Order on Final Pretrial Conference shall no longer apply. The Final Pretrial Conference will be rescheduled as necessary.

2. Defendant shall have until July 23, 2021, to file a motion for summary judgment.

3. Plaintiff shall have until September 21, 2021, to file a response to the summary judgment motion.

4. Defendant shall have 7 days after service of Plaintiff's response to reply.

Dated this 13th day of July 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge