IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHASIN RENTERIA,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>Defendant. | **8:20CV166**<br><br>**ORDER** |

    IT IS ORDERED that Defendant's motion to restrict access (Filing 35) is granted. Pursuant to NECivR 5.3(c), access to Exhibits 17 and 18 (Filing 36) shall be restricted to parties of record and court users.

    Dated this 26th day of July 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge